UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HAVENS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>        Defendant. | Case No. 14-cv-00404-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Warren Havens filed this case on January 28, 2014, under the Freedom of Information Act, 5 U.S.C. § 552. Dkt. No. 1. On April 28, 2014, the Court ordered Plaintiff to file a status report by May 15, as there was no indication that Defendant Federal Communications Commission had been served in accordance with Federal Rule of Civil Procedure 4. Plaintiff has not responded. Accordingly, the Court hereby ORDERS Plaintiff Warren Havens to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 5, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 19, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: May 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN HAVENS,

    Plaintiff,

    v.

FEDERAL COMMUNICATIONS COMMISSION,

    Defendant.

Case No. 14-cv-00404-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/22/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Warren Havens
2509 Stuart Street
Berkeley, CA 94705

Dated: 5/22/2014

Richard W. Wieking
Clerk, United States District Court

By:

Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES